UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JUN 19 PM 1: 16

SOUTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 1:19-cr- 224-JPH-TAB |
| v. | ) ) | CAUSE NO. |
| LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI, | ) ) ) ) | (-01) (-02) |
| Defendants. | ) | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1
CONSPIRACY TO COMMIT BANK FRAUD
18 U.S.C. §§ 1344 & 1349

1. Beginning at a time unknown, but through and including January 23, 2019, LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI, the Defendants herein, within the Southern District of Indiana and elsewhere, did knowingly conspire to execute a scheme or artifice to defraud multiple financial institutions, including but not limited to First Merchants Bank, Citizens State Bank, Woodforest National Bank, First Financial Bank, JP Morgan Chase Bank, Fifth Third Bank, and Old National Bank, as further set forth below.

Objects of the Conspiracy

2. It was an object of the conspiracy to use fraudulent documents to cause multiple financial institutions to open bank accounts for the Defendants in the names of others. It was a further object of the conspiracy to utilize those fraudulently obtained accounts to funnel United States Currency from the United States to Nigeria.

<u>Manner and Means of the Conspiracy and Scheme to Defraud</u>

3.  In order to advance the objects of the conspiracy and execute the scheme or artifice, LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI, the Defendants herein, did use one or more of the following manner and means:

   a. LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI conspired and did utilize their positions as employees of the Indiana Department of Correction ("IDOC") to obtain personally identifying information ("PII") of multiple IDOC inmates.

   b. LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI conspired and did use the PII of the inmates without their permission to create and/or obtain multiple false identity documents, including but not limited to passports, visas, driver's licenses, and identification cards.

   c. LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI conspired and did use these fraudulent identity documents to cause multiple financial institutions to open accounts for them in the stolen identities.

   d. LAWRENCE CHUKWUMA ONYESONWU and MARTINS TOCHUKWU CHIDIOBI conspired and did use these fraudulently obtained accounts to receive multiple deposits of money from unknown sources. The Defendants would in turn remit money to various places in Nigeria, as well as make cash and ATM withdrawals. Over the course of the conspiracy, the Defendants have remitted over $100,000 to Nigeria.

All in violation of Title 18, United States Code, Sections 1344 and 1349.

## COUNT 2
## AGGRAVATED IDENTITY THEFT
### 18 U.S.C. § 1028A

On or about December 12, 2018, in Henry County, Indiana, within the Southern District of Indiana, during and in relation to the enumerated felony charged in Count 1 herein, LAWRENCE CHUKWUMA ONYESONWU, the Defendant herein, did use without lawful authority a means of identification of another person. All in violation of Title 18, United States Code, Section 1028A(a)(1)&(c)(5).

## COUNT 3
## AGGRAVATED IDENTITY THEFT
### 18 U.S.C. § 1028A

On or about October 2, 2018, in Wayne County, Indiana, within the Southern District of Indiana, during and in relation to the enumerated felony charged in Count 1 herein, MARTINS TOCHUKWU CHIDIOBI, the Defendant herein, did use without lawful authority a means of identification of another person. All in violation of Title 18, United States Code, Section 1028A(a)(1)&(c)(5).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney